# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ELLIOT WAYNE GALLOWAY

NO. 2019 KW 1339

DEC 2 3 2019

In Re:    Elliot Wayne Galloway, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 588535.

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the application for postconviction relief filed with the district court, the district court's ruling on the application, the state's answer, if any, the bill of information or indictment, the habitual offender bill of information, all pertinent minute entries and/or transcripts, the commitment order, and any other portions of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before February 18, 2020. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT